## UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.

ROD R. BLAGOJEVICH

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 1010

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROD R. BLAGOJEVICH_____
                                                               Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _X_ Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with   (brief description of offense)

### Count One

From in or about 2002 to the present, in Cook County, in the Northern District of Illinois, conspiring with JOHN HARRIS and with others to devise and participate in a scheme to defraud the State of Illinois and the people of the State of Illinois of the honest services of ROD R. BLAGOJEVICH and JOHN HARRIS, in furtherance of which the mails and interstate wire communications would be used, in violation of Title 18, United States Code, Sections 1341, 1343, and 1346; all in violation of Title 18 United States Code, Section 1349.

FILED
DEC 12 2008
12-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Count Two**

Beginning no later than November 2008 to the present, in Cook County, in the Northern District of Illinois, along with JOHN HARRIS, being an agent of the State of Illinois, a State government which during a one-year period, beginning January 1, 2008 and continuing to the present, received federal benefits in excess of $10,000, corruptly solicited and demanded a thing of value, namely, the firing of certain Chicago Tribune editorial members responsible for widely-circulated editorials critical of ROD R. BLAGOJEVICH, intending to be influenced and rewarded in connection with business and transactions of the State of Illinois involving a thing of value of $5,000 or more, namely, the provision of millions of dollars in financial assistance by the State of Illinois, including through the Illinois Finance Authority, an agency of the State of Illinois, to the Tribune Company involving the Wrigley Field baseball stadium; in violation of Title 18, United States Code, Sections 666(a)(1)(B) and 2.

MICHAEL T. MASON
Name of Issuing Officer

*/s/ Michael T. Mason*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

December 7, 2008 COOK COUNTY, ILLINOIS
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ 4500   by   Judge Nan R. Nolan
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/8/08 | Daniel W. Cain | */s/ Daniel W. Cain* |
| DATE OF ARREST | Special Agent, FBI | |
| 12/9/08 | | |