UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 1010 |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| ROD R. BLAGOJEVICH and | ) | |
| JOHN HARRIS | ) | |

## ORDER

The government has requested that the Criminal Complaint in the above-referenced matter

be dismissed without prejudice. The defendants do not object to the government's request.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed

without prejudice.

SO ORDERED:

Nan R. Nolan
United States Magistrate Judge

DATED: _____4 / 3 / 09_____